UNITED STATES of America, Plaintiff–Appellee,

v.

Sergio LLAMAS–RODAS, aka Arturo Rojas, Defendant–Appellant.

No. 00–10581.

D.C. No. CR–00–00037–ECR.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001 [1].

Decided May 30, 2001.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

### MEMORANDUM [2]

Sergio Llamas–Rodas appeals the sentence imposed following his guilty plea to one count of illegal entry of a deported alien, in violation of 8 U.S.C. § 1326(a). Citing the principles announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Llamas–Rodas contends that he was deprived of his due process right to notice of the crime to which he was charged when the district court imposed a sentence based on a prior felony conviction that was neither pled in the indictment nor admitted during the plea hearing. This contention is foreclosed by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *cert. denied* —— U.S. ——, 121 S.Ct. 1503, —— L.Ed.2d —— (2001).

AFFIRMED.

---

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

